

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00754-CR

John Adrian **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd Judicial District Court, Kimble County, Texas
Trial Court No. 2014-DCR-0463
Honorable Robert Hofmann, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed: April 29, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish